**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IMMANUEL CAMPBELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF CHICAGO, et al., <br><br> Defendants. | Case No. 17cv4467 <br><br> Hon. John Z. Lee |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** on **Tuesday, January 23, 2018, at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable John Z. Lee, in Courtroom 1225, of the United States District Court for the Northern District of Illinois, Eastern Division, and present **Defendant City of Chicago's Unopposed Motion for Leave to File an Oversized Brief *Instanter***, a copy of which is attached.

Dated: January 16, 2018

Respectfully submitted,

THE CITY OF CHICAGO

By: /s/ Allan T. Slagel
One of their Attorneys

Allan T. Slagel (ARDC #6198470)
aslagel@taftlaw.com
Heather A. Jackson (ARDC #6243164)
hjackson@taftlaw.com
Barton J. O'Brien (ARDC # 6276718)
bobrien@taftlaw.com
Jeffrey M. Schieber (ARDC #6300779)
jschieber@taftlaw.com
Elizabeth E. Babbitt (ARDC #6296851)
ebabbitt@taftlaw.com
Rachel M. Schaller (ARDC #66306921)
rschaller@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
21874775.1