IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IMMANUEL CAMPBELL et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CHICAGO et al.<br><br>Defendants. | Case No. 17-cv-4467<br>Hon. John Z. Lee |

**STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, through their respective attorneys, hereby stipulate and agree to (1) the dismissal of the injunctive and damages claims brought by individual Plaintiff Deonte Beckwith against the City of Chicago and Defendant Officers Peter Jonas, Brett Polson, Angel Pena, and Jaeho Jung, as well as to (2) the dismissal of Defendant Officers Peter Jonas, Brett Polson, Angel Pena, and Jaeho Jung from the suit, with prejudice and with each side bearing its own costs.

Dated: January 16, 2018                                        Respectfully submitted,


/s/ Alexa Van Brunt                                             /s/ Barton O'Brien
Counsel for the Plaintiffs                                    Counsel for the individual Officer Defendants

Alexa Van Brunt                                                Craig Futterman
Sheila A. Bedi                                                 Randolph N. Stone
Vanessa del Valle                                              Mandel Legal Aid Clinic
Locke E. Bowman                                                University of Chicago Law School
MacArthur Justice Center                                       6020 S. University Avenue
Northwestern Pritzker School of Law                            Chicago, IL 60637
375 E. Chicago Avenue                                          (773) 702-9611
Chicago, Illinois 60611

(312) 503-1336

| | |
|---|---|
| Brendan Shiller | Andrew M. Stroth |
| April Preyar | Carlton E. Odim |
| Stephen A. Berrios | Action Injury Law Group |
| Shiller Preyar LLC | 191 North Wacker Drive, #2300 |
| 601 S. California Avenue | Chicago, Illinois 60606 |
| Chicago, Illinois 60612 | (312) 771-2444 |
| (312) 226-4590 | |
| | |
| Jeanette S. Samuels | Cannon D. Lambert, Sr. |
| Samuels & Associates, Ltd. | Karchmar & Lambert, P.C. |
| 3440 S. Cottage Grove, #504 | 211 W. Wacker, Ste. 1400 |
| Chicago, Illinois 60616 | Chicago, Illinois 60606 |
| (872) 588-8726 | (312) 977-1300 |
| | |
| Thomas J. Moloney | Emmanuel Andre |
| Roger A. Cooper | Northside Transformative Law Center |
| Jared Gerber | 1543 W. Morse, 2nd Floor |
| Nefertiti J. Alexander | Chicago, Illinois 60626 |
| Heather K. Suchorksy | (312) 219-6544 |
| Cleary Gottlieb Steen & Hamilton LLP | |
| One Liberty Plaza | |
| New York, New York 10006 | |
| (212) 225-2000 | |

*Counsel for the Plaintiffs and the class*

Allan T. Slagel
Heather Ann Jackson
Jeffrey M. Schieber
Barton O'Brien
Elizabeth Babbit
Taft Stettinius & Hollister LLP
111 E. Wacker Dr.
Ste. 2800
Chicago, IL 60601
(312) 527-4000

*Counsel for Defendant the City of Chicago and the individual Officer Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on Tuesday, January 16, 2018, 2018, she caused the foregoing document to be served upon all counsel of record by filing the document using the Court's CMECF system.

/s/ Alexa Van Brunt