# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Immanuel Campbell, et al.
                    Plaintiff,

v.                                              Case No.: 1:17−cv−04467
                                                Honorable John Z. Lee

City Of Chicago, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 5, 2019:

    MINUTE entry before the Honorable John Z. Lee:Status hearing held on 3/5/19. The parties report that they have an agreement to settle the case in principle and are in the process of finalizing the terms in writing. Accordingly, this case is administratively closed, subject to reinstatement by motion of any party. Status hearing set for 4/23/19 at 9:00 a.m. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.