**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS,**
**EASTERN DIVISION**

| | |
|---|---|
| IMMANUEL CAMPBELL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Judge John Z. Lee |
| v. ) | |
| ) | 17 CV 4467 |
| CITY OF CHICAGO, et al., ) | |
| ) | |
| Defendants. ) | |

**AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiffs Immanuel Campbell, Rubin Carter, Chante Linwood and Rachel Jackson (collectively the "Individual Plaintiffs"), and Plaintiffs Black Lives Matter Chicago, Blocks Together, Brighton Park Neighborhood Council, Chicago Urban League, Justice for Families, the NAACP-Westside Branch and the Illinois State Conference, Network 49, Women's All Point Bulletin and the 411 Movement for Pierre Loury (collectively the "Organizational Plaintiffs"), by one of their attorneys, Craig B. Futterman, and Defendant City of Chicago, by one its attorneys, Allan T. Slagel, Barton O'Brien, and Elizabeth E. Babbitt, the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss. The Court, after reviewing the Release and Settlement Agreement, finding it to be fair and reasonable, and being otherwise fully advised in the premises, hereby orders dismissal with prejudice of all claims against the City of Chicago and incorporates the terms of the Release and Settlement Agreement. The Court retains jurisdiction solely for the purpose of enforcing the terms of the Release and Settlement Agreement.

ENTER: /s/ John Z. Lee

Hon. John Z. Lee
Northern District of Illinois

DATED: 8/29/19